STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DOROTHY GREENE, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 120.

*Mr. Philip J. Mylod* for the petitioner.

*Mr. Charles V. Webb, Jr.,* and *Mr. C. William Caruso* for the respondent.

October 21, 1957. Denied.